IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JASON WARD, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. 4:12-CV-00276-HLM-WEJ <br> ) |
| TRANS UNION, LLC, <br> Defendant. | ) <br> ) |

### PLAINTIFF'S MOTION TO DISMISS

Plaintiff Jason Ward respectfully requests the court to dismiss his complaint under Federal Rule of Civil Procedure 41(a)(2) and shows the following:

1. This is not a class action.
2. Defendant TRANS UNION filed its answer on December 10, 2012.
3. Defendant TRANS UNION has made no counterclaims.
4. Plaintiff and Defendant have had productive communications but have been unable to settle this case.
5. Plaintiff JASON WARD's pro se status is jeopardizing his own claim and presents difficulties beyond his expertise in case management.
6. Plaintiff JASON WARD needs additional time to hire an attorney, collect evidence and pursue negotiations with the Defendant.

WHEREFORE, premises considered, Plaintiff Jason Ward requests the Court to dismiss his complaint without prejudice.

Respectfully Submitted,

Jason Ward, pro se
4215 Jimmy Lee Smith Pkwy No. 19
Hiram, GA   30141
(404) 884-1021
Jason@jasoncward.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2012, I mailed the foregoing document to the Clerk of the Court and to the Defendant's attorney:

ALEX M. BARFIELD
abarfield@hplegal.com
HAWKINS PARNELL THACKSTON &
YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308

*[signature]*
Jason Ward, Plaintiff, Pro Se